## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 1:24-CV-22780-CMA

YECID FERNANDO ROJAS SUAREZ,

      Plaintiff,

v.

MARBRIDGE RESTORATION, LLC, JOSEPH
PAUL WILLIAMS, and JASON SCHMIEDEL,

      Defendants.

_____/

### <u>WRIT OF GARNISHMENT</u>

THE STATE OF FLORIDA:

To Each Sheriff of the State:

      YOU ARE COMMANDED to summon the Garnishee, JPMorgan Chase & Co., c/o C T Corporation System, 1200 South Pine Island Road, Plantation, FL 33324, to serve an answer to this writ on Robert Twombly, Esq., WHITE & TWOMBLY, P.A., Plaintiff's attorney, whose address is 9999 NE 2nd Ave, Ste. 306, Miami Shores, FL 33138, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney, or immediately thereafter, stating whether the garnishee is indebted to Defendant, Marbridge Restoration, LLC, (Document Number L22000524829), and Joseph Paul Williams at the time of the answer or was indebted at the time service of the writ, or at any time between such times, and in what sum, and what tangible and intangible personal property of the Defendant the Garnishee is in possession or control of at the time of the answer or had at the time of service of this Writ, or at any time between such times, and whether the

1

Garnishee knows of any other person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant. The amount outstanding on the Final Judgment, as stated in Plaintiff's motion, is in the sum of $8,891.0, plus interest from March 06, 2025, and the amount outstanding on Plaintiff's Renewed Verified Motion for Attorney's Fees and Costs, is in the sum of $9,498.00, plus interest from May 20, 2025, forward at the maximum interest rate allowed by law.

Defendant has a right to an immediate hearing for dissolution of this write pursuant to § 77.07, Florida Statutes.

Dated on the ___7th___ day of __July__, 2025.



Angela E. Noble
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
By:_____*Philip Curtis*_____
                  **Deputy Clerk**

WHITE & TWOMBLY, P.A.
9999 NE 2ND AVE, Ste 306, Miami Shores, FL 33138 T. 786-502-2038 F. 786-375-5549